IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN R. BLEVINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11-3241-CV-S-DGK |
| | ) |
| CORPORATE BUSINESS SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER DECERTIFYING CLASS

Before the Court is Defendant's unopposed Motion to Decertify (Doc. 107). For the following reasons, this motion is GRANTED.

The Court conditionally certified this action under § 216(b) of the Fair Labor Standards Act ("FLSA") on March 28, 2012. Since that date, only two individuals filed a notice to become party plaintiff, Allen Blevins, the original Plaintiff in this action, and Terry Caylor. On September 5, 2012 the Court dismissed all claims brought by Mr. Caylor without prejudice, pursuant to his motion. Therefore, the only Plaintiff remaining is Mr. Blevins and, accordingly, there is no class to certify. *See, e.g.*, *Kessler v. Lifesafer Serv. Providers, LLC*, No-6:06-CV-1442-ORL-19JGG, 2007 WL 1531395 (M.D. Fla. May 25, 2007) (finding that a potential class of ten employees is not large enough to justify class treatment under § 216(b) of the FLSA).

For the above stated reasons, the Court GRANTS Defendant's motion. The Court orders that the conditionally certified class is hereby decertified.

**IT IS SO ORDERED.**

DATED: May 29, 2013

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT